**Order entered October 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00529-CV

**HAMPDEN CORPORATION, ET AL., Appellants**

**V.**

**REMARK, INC. ET AL., Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-00342-06**

## ORDER

The Court has before it appellees' October 18, 2013 second unopposed motion for extension to file appellees' brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by November 8, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE